8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    STEPHEN JACKSON,                          No.  2:16-cv-3032 GEB DB PS

12              Plaintiff,

13       v.                                     ORDER

14    SOUTHWEST COUNTRYWIDE 2007
      CORPORATE PASS-THROUGH
15    CERTIFICATE SERIES, et al.,

16              Defendants.

17

18         Plaintiff Stephen Jackson, proceeding pro se, commenced this action on December 28,

19    2016, by filing a complaint and paying the required filing fee.  (ECF No. 1.)  On April 12, 2017,

20    the court issued an order setting this matter for a Status (Pretrial Scheduling) Conference before

21    the undersigned on May 19, 2017.  (ECF No. 4.)  Pursuant to that order, plaintiff was to file a

22    status report on or before May 5, 2017.  Plaintiff, however, has failed to file the required status

23    report.

24         The failure of a party to comply with any order of the court "may be grounds for

25    imposition by the Court of any and all sanctions authorized by statute or Rule or within the

26    inherent power of the Court."  Local Rule 110.  Any individual representing himself or herself

27    without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and all

28    applicable law.  Local Rule 183(a).  Failure to comply with applicable rules and law may be

                                             1

grounds for dismissal or any other sanction appropriate under the Local Rules.  Id.

Moreover, the April 12, 2017 order advised plaintiff that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 90 days after the complaint was filed.  In this regard, more than 90 days have passed since plaintiff's complaint was filed and the docket does not reflect proof of service on, or the appearance of, any defendant.

In light of plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct along with a final opportunity to file the required status report.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution[1];

2.  The May 19, 2017 Status (Pretrial Scheduling) Conference is continued to **Friday, June 16, 2017, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3.  On or before **June 2, 2017**, plaintiff shall file a status report in compliance with the April 12, 2017 order; and

4.  Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED:  May 10, 2017                                          /s/ DEBORAH BARNES
                                                             UNITED STATES MAGISTRATE JUDGE

---

[1]  Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.