| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHWEST COUNTRYWIDE 2007 CORPORATE PASS-THROUGH CERTIFICATE SERIES, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-3032 GEB DB PS<br><br><br>ORDER |

Plaintiff Stephen Jackson, proceeding pro se, commenced this action on December 28, 2016, by filing a complaint and paying the required filing fee. (ECF No. 1.) This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On May 5, 2017, plaintiff failed to file a timely status report.

Accordingly, on May 11, 2017, the court issued an order to show cause as to why this action should not be dismissed for lack of prosecution. (ECF No. 5.) That order also noted that the court's docket reflected no appearance by any defendant nor any proof of service on any defendant. On May 23, 2017, plaintiff filed a response to the order to show cause. (ECF No. 6.) Therein, plaintiff requests "an additional 45 days to serve Defendants," and a continuation of the June 16, 2017 status conference. (Id. at 3.)

////

1

Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 90 days after the complaint was filed. However, if "the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id. "Good cause" is generally equated with "diligence." Townsel v. Contra Costa Cnty., Cal., 820 F.2d 319, 320 (9th Cir. 1987). A showing of good cause requires more than inadvertence or mistake of counsel. Id. "[A]t a minimum, good cause means excusable neglect." In re Sheehan, 253 F.3d 507, 512 (9th Cir. 2001) (quotation omitted).

Here, plaintiff's request evidences diligence despite plaintiff's inability to serve a defendant. (ECF No. 6 at 2.) In this regard, the undersigned finds goods cause to extend the time for service.

Accordingly, IT IS HEREBY ORDERED that:

1. The May 11, 2017 order to show cause (ECF No. 5) is discharged;

2. Plaintiff shall serve the defendants on or before **July 14, 2017**;

3. The June 16, 2017 Status (Pretrial Scheduling) Conference is continued to **Friday, August 11, 2017, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

4. On or before **July 28, 2017**, plaintiff shall file a status report in compliance with the April 12, 2017 order; and

5. Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

Dated: June 12, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\jackson3032.cont.hrg