1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    STEPHEN JACKSON,                        No.  2:16-cv-3032 GEB DB PS

12                 Plaintiff,

13          v.                                ORDER

14    SOUTHWEST COUNTRYWIDE 2007
      CORPORATE PASS-THROUGH
15    CERTIFICATE SERIES, et al.,

16                 Defendants.

17

18          Plaintiff Stephen Jackson, proceeding pro se, commenced this action on December 28,

19    2016, by filing a complaint and paying the required filing fee.  (ECF No. 1.)  This matter was

20    referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

21          On August 9, 2017, the undersigned issued findings and recommendations recommending

22    that this action be dismissed due to plaintiff's lack of prosecution.  (ECF No. 8.)  On August 24,

23    2017, plaintiff filed a "RESPONSE" to those findings and recommendations.  (ECF No. 9.)

24    Therein, plaintiff asserts that plaintiff was "not disregarding nor ignoring the Court's orders," but

25    that plaintiff has been unable to serve summons on the defendant.  (Id. at 2.)  Accordingly, the

26    August 9, 2017, findings and recommendations recommending dismissal due to plaintiff's failure

27    to prosecute will be vacated.

28    ////

                                             1

1    However, plaintiff has been repeatedly advised that Rule 4(m) of the Federal Rules of

2    Civil Procedure provides that a defendant must be dismissed if service of the summons and

3    complaint is not accomplished on the defendant within 90 days after the complaint was filed.

4    (ECF Nos. 4, 5, 7, 8.)  Over 8 months have passed since plaintiff filed this action on December

5    28, 2016, and no defendant has been served with summons and a copy of the complaint.

6            Plaintiff's response "prays for an Order allowing publications of Summons and Complaint

7    . . . ." (ECF No. 9 at 3.)  If plaintiff wishes to serve defendant via publication plaintiff must bring

8    a motion seeking such pursuant to Local Rule 230.  Plaintiff is advised that Rule 4(e) of the

9    Federal Rules of Civil Procedure provides that an individual "may be served in a judicial district

10   of the United States by . . . following state law for serving a summons in an action brought in

11   courts of general jurisdiction in the state where the district court is located or where service is

12   made." Fed. R. Civ. P. 4(e)(1).  California Code of Civil Procedure § 415.50 states,

13           (a) A summons may be served by publication if upon affidavit it
             appears to the satisfaction of the court in which the action is
14           pending that the party to be served cannot with reasonable diligence
             be served in another manner specified in this article and that either:
15
                 (1) A cause of action exists against the party upon whom
16           service is to be made or he or she is a necessary or proper party to
             the action.
17
                 (2) The party to be served has or claims an interest in real or
18           personal property in this state that is subject to the jurisdiction of
             the court or the relief demanded in the action consists wholly or in
19           part in excluding the party from any interest in the property.

20   Cal. Civ. P. Code § 415.50(a).

21           "When substituted or constructive service is attempted, strict compliance with the letter

22   and spirit of the statutes is required." Olvera v. Olvera, 232 Cal.App.3d 32, 41 (1991).  "Before

23   allowing a plaintiff to resort to service by publication, the courts necessarily require him to show

24   exhaustive attempts to locate the defendant, for it is generally recognized that service by

25   publication rarely results in actual notice."  Watts v. Crawford, 10 Cal.4th 743, 749 n.5 (Cal.

26   1995) (quotation marks omitted).  "The term 'reasonable diligence' takes its meaning from the

27   former law: it denotes a thorough, systematic investigation and inquiry conducted in good faith by

28   the party or his agent or attorney[.]"  Kott v. Superior Court, 45 Cal.App.4th 1126, 1137 (1996).

2

1    Accordingly, IT IS HEREBY ORDERED that:

2       1. The August 9, 2017 findings and recommendation (ECF No. 8) are vacated;

3       2. Plaintiff is granted forty-five days from the date of this order to serve a defendant in

4    compliance with Rule 4 of the Federal Rules of Civil Procedure; and

5       3. Plaintiff is cautioned that the failure to timely comply with this order may result in a

6    recommendation that this case be dismissed pursuant to Rule 4.

7    Dated:  September 15, 2017

8

9

10                                   DEBORAH BARNES
                                     UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22   DLB:6
     DB\orders\orders.pro se\jackson3032.rule4.ord
23

24

25

26

27

28

3